OPINION — AG — THE FACT THAT THE MEMBERS OF THE GOVERNING BODY OF THE BENEFICIARY OF A PUBLIC TRUST CREATED PURSUANT TO 60 O.S. 1961 176 [60-176], 60 O.S. 1961 177 [60-177], 60 O.S. 1961 178 [60-178], 60 O.S. 1961 179 [60-179], 60 O.S. 1961 180 [60-180] AND 60 O.S. 1961 180.1 [60-180.1] [60-180.1], 60 O.S. 1961 180.2 [60-180.2], 60 O.S. 1961 180.3 [60-180.3] (60 O.S. 1963 Supp., 180.1 [60-180.1] [60-180.1], 60 O.S. 1963 Supp., 180.2 [60-180.2], 60 O.S. 1963 Supp., 180.3 [60-180.3]) ARE THE TRUSTORS AND EX OFFICIO TRUSTEES OF SAID TRUST DOES NOT IPSO FACTO IMPAIR THE VALIDITY OF THE TRUST. THE QUALIFICATIONS OF SUCH TRUSTEES WILL BE GOVERNED BY THE GENERAL LAWS RELATING TO THE QUALIFICATIONS OF TRUSTEES WHICH WILL BE A QUESTION OF FACT TO BE DETERMINED IN EACH INDIVIDUAL CASE. CITE: 51 O.S. 1961 6 [51-6] (HARVEY CODY)